## Punxsutawney Water Service Company, Appellant, *v.* Saricks et al.

Argued March 25, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Joseph A. Beck,* with him *Robert M. Morris, Morris & Morris* and *Pentz & Silberblatt,* for appellant.

*Robert V. Maine,* with him *Smith & Maine, Clarence R. Kramer, Chase & Swoope* and *Boulton & Boulton,* for appellees.

PER CURIAM, May 1, 1946:
The order of the court below is affirmed. Costs to abide the event.